## ROPER v. KLINE
No. 80-331-AP
Circuit Court, Eleventh Circuit, Appellate Division
September 10, 1981

Fred O. Scheske, for the appellant.

Kevin F. Kline, for the appellee.

HENRY L. OPPENBORN, JR., County Judge.

Appellant-Defendant appeals from a judgment against him granting compensatory damages and punitive damages. After examining the briefs and record on appeal and hearing oral argument, this Court agrees with the Trial Court in awarding the compensatory damages to the Appellee, however, in view of the fact that there is absolutely no evidence in the record to prove punitive damages, this award cannot stand. See *Haendel v. Paterno,* 388 So.2d 235 (Fla.App.5th DCA 1980). We must, therefore, reverse that portion of the Final Judgment awarding punitive damages.

REVERSED AND REMANDED with directions to the Trial Court to enter an amended Final Judgment deleting the award for punitive damages.